# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 6228

Date Filed: 7/5/2007

Plaintiffs:
HOWARD S. ROSENTHAL a/k/a HOWARD S. ROSE and ROBERT MORRIS

vs.

Defendant:
ROBERT M. DUFF

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on **ROBERT M. DUFF located at 100 N.E. 3rd Avenue, Boca Raton, Florida 33432**.

I, Pennie Cain, being duly sworn, depose and say that on the **10th day of July, 2007** at **11:45 am**, I:

Affixed a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Individual Practices of Hon. Richard M. Berman, US District Judge, and Individual Practices of Magistrate Judge Andrew J. Peck** to the door of said premises, the same being the Defendant's usual place of abode. Deponent additionally served by depositing a copy of the said Document in a postpaid envelope bearing the words "Personal & Confidential" by First Class Mail on 7/10/2007 in an official depository of the U.S.P.S. in the State of Florida.

**Additional Information pertaining to this Service:**
7/7/2007 @ 6:35 am-- No answer, Car in the driveway Florida tag # S92 8LK. Left business card in the door.
7/7/2007 @ 10:35 pm --No answer. Card and vehicle are as previously. Mail in the mailbox.
7/9/2007 @ 6:20 am--Same status
7/9/2007 @ 19:45 pm-- Card is no longer visible. the vehicle is still in the driveway and there are no signs of life.
7/10/2007 @ 10:00am-- No change in status
7/10/2007 @ 11:45 am-- No change and no answer. Affixed documents as instructed per attorney.
MILITARY STATUS: Based upon my inquiry of the defendant with the neighbor "Jane Doe" (refused name), it is believed that there isn't anyone in the household that is in the service of The United States of America

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 11th day of July, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA
Marilyn T. Hannan
Commission # DD495297
Expires: NOV. 30, 2009
Bonded Thru Atlantic Bonding Co., Inc.

Pennie Cain
Process Server

Our Job Serial Number: 2007002797
Ref: 12305-003

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

HOWARD S. ROSENTHAL a/k/a HOWARD S. ROSE and ROBERT MORRIS

V.

ROBERT M. DUFF

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6228**

**Judge Berman**

TO: (Name and address of Defendant)

David L. Fox, Robert M. Duff, 1000 N.E. 3rd Ave., Boca Raton, Florida, 33432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 5 2007

CLERK                                    DATE

(By) DEPUTY CLERK