UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Rosenthal and Morris

                Plaintiff(s),        Case Management Plan

      - v -         07 CV. 6228 (RMB)

Duff

                Defendant(s).
------------------------------------------------------------X

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/21/07*

     The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)      Joinder of additional parties by  10-17-07

(ii)     Amend the pleadings by  10-15-07

(iii)    All discovery to be **expeditiously** completed by  1/15/08 (Fact + Expert)

(iv)    Consent to Proceed before Magistrate Judge  NO

(v)     Status of settlement discussions  PRELIMINARY DISCUSSIONS — ACCOUNTING REQUIRED BEFORE MEANINGFUL DISCUSSIONS POSSIBLE

**Sections vi through xi will be set at conference with the Court.**  9/__/08 with pm updts @ 9:00

(vi)    Motions

(vii)    Oral Argument

(viii)   Joint Pre-Trial Order to be submitted by

(ix)    Final Pre-Trial Conference

(x)     Trial

(xi)    Other

**SO ORDERED:** New York, New York
                    8/21/07

*RMB*

Hon. Richard M. Berman, U.S.D.J.