Southern District NY

Howard Rosenthal + Robert Morris
v.
Robert M. Duff

07 Civ. 6228

WII 30 days —

**MEMO ENDORSED** p2

Settlement Agreement

1. TTs pay Duff $115,000 in bank certified funds payable to Krantz & Berman, as attorneys for Robert Duff + delivered to KB by Friday, Sept. 21 at 4PM.

2. Duff Retains All Items from Yoors Collection in his possession including
   - Textiles
   - Calleros
   - 20 Items relating to the Houston Museum of Nat. Science purchased ("the Houston Collection")
   - Red Marjao Urn #1937 ("Patano Pot")

3. Duff selects 20 items from remaining Brazilian items that are located in Geneva, 7-W Gallery, in Morris's possession + in Restoration from which TTs will select 9 items to be given to Robert Duff. TTs will arrange for delivery of the 9 items to a location of Duff's choice in Santa Fe WITHOUT CRATING. IF WII CRATING NEEDED DUFF WILL PAY.

4. Morris will provide list of items in restoration

5. on behalf of the partnership Howard Rosenthal will deliver jaguar mask (#1010) and gold rattle (#1024) to Duff by 11AM tomorrow morning.

6. Morris will provide a side letter regarding the painted stones relating to importation and provenance.

7. General Releases

8. Confidentiality Provisions

9. Upon execution of Agreement + compliance w/ terms herein — partnership is dissolved + terminated + action to dismissed

—1—

10. Duff will provide a letter of instruction to warehouse in Geneva to ship all remaining Brazilian items to Santa Fe.

[Signature]
Herrick Feinstein
2 Park Ave
NY NY 10016
212-592-5970
Atty for Plaintiffs

[Signature]
Krantz & Berman LLP
747 Third Ave
NY NY 10017
212-861-0009
Counsel for Defendant
Robert Duff

So Ordered

SO ORDERED:
Date: 9/19/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07

- 2 -